# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ALLEN ROURKE, | CIVIL NO. 5:17-cv-00275-KES |
| Plaintiff, | [**PROPOSED**] **ORDER OF REMAND** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: December 11, 2017

*Karen E. Scott*

Hon. Karen E. Scott
UNITED STATES MAGISTRATE JUDGE